**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Michael Lee Winfrey  
       Debtor(s)

BKY. NO. 15-02796 MDF

CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4302

                            Respectfully submitted,

                            **/s/ Thomas Puleo**  
                            Thomas Puleo, Esquire  
                            James C. Warmbrodt, Esquire  
                            KML Law Group, P.C.  
                            701 Market Street, Suite 5000  
                            Philadelphia, PA 19106-1532  
                            (215) 825-6306  FAX (215) 825-6406  
                            Attorney for Movant/Applicant