```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-02796-HWV
Michael Lee Winfrey                                                 Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar             Page 1 of 2              Date Rcvd: Apr 05, 2018
                             Form ID: nthrgreq         Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
```
db             +Michael Lee Winfrey,    17 Theodore Ave.,    Middletown, PA 17057-3350
4665249         Accounts Recovery Bureau,    P.O. Box 70256,    Philadelphia, PA 19176
4665250        +Allied Interstate,    P.O. Box 15548,    Wilmington, DE 19886-5548
4665251        +Amcol Systems,    111 Lance Wood Rd.,    Columbia, SC 29210-7523
4665254         Barclay Bank Delaware,    120 South West Street,    Wilmington, DE 19801
4665255        +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
4665272         Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
4665278         Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
4665283        +Bureau of Accounts Management,    3607 Rosemont Ave., Suite 502,    P.O. Box 8873,
                 Camp Hill, PA 17011-6943
4665285        +CAC Commercial Acceptance Co.,    P.O. Box 3268,    Camp Hill, PA 17011-3268
4665286        +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
4665288        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4665291        +Computer Credit, Inc.,    640 West 4th Street, P.O. Box 5238,    Winston Salem, NC 27113-5238
4665295        +Lewin & Nadal Pinnacle Cardiology,    659 Spring Garden Dr.,    Middletown, PA 17057-3033
4665296        +Mc Clure Law Office,    P.O Box 65,    Middletown, PA 17057-0065
4758781        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
4665297        +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
4665305        +Spirit Physicians Services,    205Grand View Ave., Suite 210,    Camp Hill, PA 17011-1713
4665293       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:    Elan Financial Service,    777 E Wisconsin Ave,
                 Milwaukee, WI 53202)
4665307        +Viswanathan,    890 Poplar Church Road, Suite 204B,    Camp Hill, PA 17011-2250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4665252        +E-mail/Text: legal@arsnational.com Apr 05 2018 19:06:45      ARS National Services, Inc.,
                 P.O Box 463023,    Escondido, CA 92046-3023
4665253        +E-mail/Text: legal@arsnational.com Apr 05 2018 19:06:45      ARS National Services, Inc.,
                 P.O Box 469046,    Escondido, CA 92046-9046
4665256        +E-mail/Text: banko@berkscredit.com Apr 05 2018 19:06:44      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
4665289        +E-mail/Text: jsanders@cksfin.com Apr 05 2018 19:06:47      Cks Financial,
                 505 Independence Pkwy St,    Chesapeake, VA 23320-5178
4665298        +E-mail/Text: Bankruptcies@nragroup.com Apr 05 2018 19:07:04      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
4759770         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 19:08:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4665301        +E-mail/Text: CDuffy@pinnaclehealth.org Apr 05 2018 19:06:46      Pinnacle Health Hospital,
                 P.O. Box 2353,    Harrisburg, PA 17105-2353
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4665284          Cabela's Visa II
4665287          Capital One Bank USA
4665294          JP Morgan Chase Bank
4665300          Pinnacle Health Emergency,   Harrisburg
4665303          Pinnacle Medical Services
4665306          Urology of Central PA
4665308          WAMU/Chase Bank USA
4665257*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665258*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665259*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665260*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665261*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665262*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665263*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665264*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665265*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665266*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665267*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665268*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665269*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665270*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665271*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
4665273*        Bur Acct Mgm,   Bureau Of Account,   Camp Hill, PA 17011
4665274*        Bur Acct Mgm,   Bureau Of Account,   Camp Hill, PA 17011
4665275*        Bur Acct Mgm,   Bureau Of Account,   Camp Hill, PA 17011
4665276*        Bur Acct Mgm,   Bureau Of Account,   Camp Hill, PA 17011
4665277*        Bur Acct Mgm,   Bureau Of Account,   Camp Hill, PA 17011
4665279*        Bureau Of Account Mana,   Bureau Of Account,   Camp Hill, PA 17011
4665280*        Bureau Of Account Mana,   Bureau Of Account,   Camp Hill, PA 17011
4665281*        Bureau Of Account Mana,   Bureau Of Account,   Camp Hill, PA 17011
4665282*        Bureau Of Account Mana,   Bureau Of Account,   Camp Hill, PA 17011
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
4665299*       +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
4665302*       +Pinnacle Health Hospital,   P.O. Box 2353,   Harrisburg, PA 17105-2353
4665290       ##+Commercial Acceptance,   2 W Main St,   Shiremanstown, PA 17011-6326
4665292       ##+Edwin A. Abrahamson,   120 N. Keyer Ave.,   Scranton, PA 18504-9701
4665304       ##+Pulmonary and Critical Care,   1631 N. Front Street,   Harrisburg, PA 17102-2435
                                                                           TOTALS: 7, * 26, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michele A De Witt    on behalf of Creditor   MidFirst Bank bkecfinbox@aldridgepite.com,
           mdewitt@ecf.inforoptcy.com
          Sean Patrick Quinlan    on behalf of Debtor 1 Michael Lee Winfrey spqesq@hotmail.com,
           lesliebrown.paralegal@gmail.com
          Thomas I Puleo    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                  TOTAL: 6
```

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael Lee Winfrey
**Debtor(s)**

Chapter: 13

Case number: 1:15−bk−02796−HWV

Document Number: 55

Charles J DeHart, III
Chapter 13 Trustee
**Movant(s)**

Matter: Motion to Convert Case to Chapter 7

vs.

Michael Lee Winfrey
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on June 30, 2015.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: May 16, 2018** <br> **Time: 09:30 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **April 19, 2018**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 5, 2018 |