```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-02796-HWV
Michael Lee Winfrey                                                 Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar              Page 1 of 2                Date Rcvd: Mar 20, 2019
                              Form ID: fnldecnd          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db             +Michael Lee Winfrey,    17 Theodore Ave.,   Middletown, PA 17057-3350
4665249        +Accounts Recovery Bureau,    P.O. Box 70256,   Philadelphia, PA 19176-0256
4665250        +Allied Interstate,    P.O. Box 15548,   Wilmington, DE 19886-5548
4665251        +Amcol Systems,    111 Lance Wood Rd.,   Columbia, SC 29210-7523
4665254         Barclay Bank Delaware,    120 South West Street,   Wilmington, DE 19801
4665255        +Barclays Bank Delaware,    Attn: Bankruptcy,   P.O. Box 8801,   Wilmington, DE 19899-8801
4665272         Bur Acct Mgm,    Bureau Of Account,   Camp Hill, PA 17011
4665278         Bureau Of Account Mana,    Bureau Of Account,   Camp Hill, PA 17011
4665283        +Bureau of Accounts Management,    3607 Rosemont Ave., Suite 502,   P.O. Box 8873,
                 Camp Hill, PA 17011-6943
4665285        +CAC Commercial Acceptance Co.,    P.O. Box 3268,   Camp Hill, PA 17011-3268
4665288        +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
4665291        +Computer Credit, Inc.,    640 West 4th Street, P.O. Box 5238,   Winston Salem, NC 27113-5238
4665295        +Lewin & Nadal Pinnacle Cardiology,    659 Spring Garden Dr.,   Middletown, PA 17057-3033
4665296        +Mc Clure Law Office,    P.O Box 65,   Middletown, PA 17057-0065
4758781        +MidFirst Bank,    999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
4665297        +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,   Po Box 26648,
                 Oklahoma City, OK 73126-0648
4665305       #+Spirit Physicians Services,    205Grand View Ave., Suite 210,   Camp Hill, PA 17011-1708
4665293       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Service,    777 E Wisconsin Ave,
                 Milwaukee, WI 53202)
4665307        +Viswanathan,   890 Poplar Church Road, Suite 204B,    Camp Hill, PA 17011-2250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4665252        +E-mail/Text: legal@arsnational.com Mar 20 2019 19:19:53     ARS National Services, Inc.,
                 P.O Box 463023,   Escondido, CA 92046-3023
4665253        +E-mail/Text: legal@arsnational.com Mar 20 2019 19:19:53     ARS National Services, Inc.,
                 P.O Box 469046,   Escondido, CA 92046-9046
4665256        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 20 2019 19:20:40     Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
4665286        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2019 19:26:30     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
4665289        +E-mail/Text: jsanders@cksfin.com Mar 20 2019 19:19:55     Cks Financial,
                 505 Independence Pkwy St,   Chesapeake, VA 23320-5178
4665298        +E-mail/Text: Bankruptcies@nragroup.com Mar 20 2019 19:20:38     National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
4759770         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2019 19:26:31
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4665301        +E-mail/Text: CDuffy@pinnaclehealth.org Mar 20 2019 19:19:54     Pinnacle Health Hospital,
                 P.O. Box 2353,   Harrisburg, PA 17105-2353
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4665284         Cabela's Visa II
4665287         Capital One Bank USA
4665294         JP Morgan Chase Bank
4665300         Pinnacle Health Emergency,   Harrisburg
4665303         Pinnacle Medical Services
4665306         Urology of Central PA
4665308         WAMU/Chase Bank USA
4665257*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665258*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665259*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665260*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665261*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665262*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665263*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665264*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665265*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665266*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665267*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665268*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665269*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665270*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665271*       +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
4665273*        Bur Acct Mgm,    Bureau Of Account,   Camp Hill, PA 17011
4665274*        Bur Acct Mgm,    Bureau Of Account,   Camp Hill, PA 17011
4665275*        Bur Acct Mgm,    Bureau Of Account,   Camp Hill, PA 17011
4665276*        Bur Acct Mgm,    Bureau Of Account,   Camp Hill, PA 17011
4665277*        Bur Acct Mgm,    Bureau Of Account,   Camp Hill, PA 17011
4665279*        Bureau Of Account Mana,    Bureau Of Account,   Camp Hill, PA 17011
4665280*        Bureau Of Account Mana,    Bureau Of Account,   Camp Hill, PA 17011
4665281*        Bureau Of Account Mana,    Bureau Of Account,   Camp Hill, PA 17011
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
4665282*          Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
4665299*         +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
4665302*         +Pinnacle Health Hospital,    P.O. Box 2353,    Harrisburg, PA 17105-2353
4665290         ##+Commercial Acceptance,    2 W Main St,    Shiremanstown, PA 17011-6326
4665292         ##+Edwin A. Abrahamson,    120 N. Keyer Ave.,    Scranton, PA 18504-9701
4665304         ##+Pulmonary and Critical Care,    1631 N. Front Street,    Harrisburg, PA 17102-2435
                                                                         TOTALS: 7, * 26, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michele A De Witt    on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com,
               mdewitt@ecf.inforoptcy.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Michael Lee Winfrey spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael Lee Winfrey, **Debtor 1** | Chapter 13 |
| | Case No. 1:15−bk−02796−HWV |

Social Security No.:
    xxx−xx−2652

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Michael Lee Winfrey** in accordance with §1328 of the Bankruptcy Code.

Dated: March 20, 2019

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)